UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
───────────────────────────────

CORNELIO DE LOS SANTOS MARTINEZ, et al.,

                Plaintiffs,

-v-                            CIVIL ACTION NO. 24 Civ. 2851 (VSB) (SLC)

11 KITCHEN INC., et al.,                **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      On December 19, 2024, the Honorable Vernon S. Broderick referred this matter to the undersigned for general pretrial management. (ECF No. 16). Judge Broderick's referral came after the parties twice failed to abide by his orders to submit proposed case management plans ("PCMP") and letters explaining, inter alia, "the nature of the action[,]" any anticipated motions, and "[a]ny other information that the parties believe may assist the Court in advancing the case[.]" (See ECF Nos. 11, 15).

      On December 20, 2024, the undersigned issued an order scheduling an initial case management conference ("ICMC") for Thursday, January 30, 2025 and directing the parties to file a PCMP by Thursday, January 23, 2025. (ECF No. 17 (the "Dec. 20 Order")). The Dec. 20 Order discussed the parties' previous failures to comply with Judge Broderick's orders and explicitly warned that "failure to [timely] submit a [PCMP would] result in cancellation of the [ICMC] and a recommendation that this action be dismissed for failure to prosecute." (Id. at 2).

      Despite the clear warnings provided to them, the parties have failed to abide by the Dec. 20 Order, and the ICMC scheduled for January 30, 2025 is therefore CANCELLED. In addition,

the Court will issue alongside this Order a Report and Recommendation recommending dismissal of this action.

Dated:	New York, New York
	January 27, 2025

SO ORDERED.

_Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge