UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CORNELIO DE LOS SANTOS MARTINEZ, et al.,

                          Plaintiffs,

    -v-                                        CIVIL ACTION NO. 24 Civ. 2851 (VSB) (SLC)

11 KITCHEN INC., et al.,                          **ORDER**

                          Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      On January 27, 2025, the Court canceled an Initial Case Management Conference ("ICMC") scheduled for January 30, 2025 due to the parties' repeated failure to abide by orders to submit proposed case management plans ("PCMP") and letters explaining, inter alia, "the nature of the action[,]" any anticipated motions, and "[a]ny other information that the parties believe may assist the Court in advancing the case[.]" (See ECF Nos. 11, 15, 17). On learning of the ICMC's cancellation, Plaintiff's counsel Lina Stillman filed a letter apologizing for failing to comply with the undersigned's December 20, 2024 Order and requesting that the Court "reconsider its decision to cancel the ICMC . . . and allow the parties to proceed with the conference as planned." (ECF No. 19 (the "Jan. 27 Letter')). Alongside the Jan. 27 Letter, counsel filed a PCMP. (ECF No. 20).

      The Court has reviewed the parties' PCMP, which it will adopt by separate order, but the Court declines to reconsider its cancellation of the ICMC. The Court should not have to chase the parties to comply with its orders and should not have to modify its schedule to accommodate the parties' lack of diligence in prosecuting this action. To ensure discovery proceeds efficiently in

this matter, a status conference is scheduled for **Monday, March 24, 2025 at 10:00 a.m.** on the Court's Microsoft Teams platform.  The parties are directed to call (646) 453-4442; access code: 470-460-159# at the scheduled time.  In addition, by **Monday, March 17, 2025**, the parties shall file a joint status letter advising the Court as to any discovery disputes about which they have met and conferred and are ripe for the Court's consideration.

Dated:      New York, New York
            January 28, 2025

                                            SO ORDERED.

                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**