UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

CORNELIO DE LOS SANTOS MARTINEZ, et al.,

                              Plaintiffs,

    -v-                                          CIVIL ACTION NO. 24 Civ. 2851 (VSB) (SLC)

11 KITCHEN INC., et al.,                          **ORDER**

                              Defendants.
_____

**SARAH L. CAVE,** United States Magistrate Judge.

       On January 28, 2025, the Court directed the parties to file by Monday, March 17, 2025 a "joint status letter advising the Court as to any discovery disputes about which they have met and conferred and are ripe for the Court's consideration."  (ECF No. 22 (the "Jan. 28 Order")).  The parties' failure to abide by this directive is merely the latest example in a pattern of noncompliance in this action.  Indeed, on January 27, 2025, the Court canceled an Initial Case Management Conference ("ICMC") scheduled for January 30, 2025 due to the parties' repeated failures to comply with orders issued by both the Honorable Vernon S. Broderick and the undersigned.  (See ECF No. 18).  In denying Plaintiffs' counsel's request to hold the ICMC as scheduled, the Court observed that it "should not have to chase the parties to comply with its orders and should not have to modify its schedule to accommodate the parties' lack of diligence in prosecuting this action."  (ECF No. 22).  Nevertheless, the Court finds itself doing just that once more.

In light of the parties' repeated noncompliance, the status conference scheduled for Monday, March 24, 2025 at 10:00 a.m. is CANCELLED. In addition, the Court intends to issue a Report and Recommendation recommending dismissal of this action for failure to prosecute.

Dated:     New York, New York
            March 18, 2025

                                              SO ORDERED.

                                              _____
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**