UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――――――――

CORNELIO DE LOS SANTOS MARTINEZ, et al.,

                Plaintiffs,

-v-

11 KITCHEN INC., et al.,

                Defendants.

CIVIL ACTION NO. 24 Civ. 2851 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On Tuesday, March 18, 2025, citing the parties' repeated failures to abide by its Orders, the Court issued an order canceling a telephonic status conference scheduled for Monday, March 24, 2025 (the "Mar. 24 Conference"). (See ECF No. 23 (the "Mar. 18 Order")). Shortly after the the Mar. 18 Order issued, counsel for Plaintiff filed a letter apologizing for "any appearance of noncompliance" and requesting that the Court reconsider its decision to cancel the Mar. 24 Conference. (ECF No. 24).

Although the Court will temporarily refrain from issuing a report and recommendation recommending dismissal of this action, it declines to reconsider its decision to cancel the Mar. 24 Conference, particularly in light of Defendants' failure to respond to any of the Court's recent orders. And to ensure discovery is proceeding consistent with the Case Management Plan entered on January 28, 2025 (ECF No. 21), Defendants are directed to file a letter on the docket by **Thursday, March 20, 2025 at 12:00 p.m.** The letter shall address why Defendants have failed to comply with the Court's recent Orders and respond to Plaintiff's contention that Defendants have "not served any discovery responses" or "propounded any discovery [requests.]" (ECF No.

24 at 1).  Should Defendants fail to comply with this Order, the Court will direct Plaintiff to initiate default proceedings against them.

Dated:     New York, New York
           March 19, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge