# STEPHEN D. HANS & ASSOCIATES, P.C.
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

---

> The Letter-Motion at ECF No. 28 is GRANTED. By **Monday, May 5, 2025,** the parties shall file (1) a motion for settlement approval pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015), or (2) a joint status letter advising the Court as to the status of settlement negotiations. The parties are reminded that they may consent to magistrate judge jurisdiction for purposes of Cheeks review.
>
> The Clerk of Court is respectfully directed to close ECF No. 28.
>
> SO ORDERED.   4/4/2025
>
> _/s/ Sarah L. Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**VIA: ECF**
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
Room 1670
New York, NY 10007

Re:   **De Los Santos Martinez v. 11 Kitchen Inc. et al**
       Case No.  24-cv-02851-SLC

Dear Judge Cave;

Our office represents the Defendants in the above-referenced matter. Pursuant to the Court's order on March 20, 2025, we write jointly with Plaintiff's counsel, to advise the Court of the status of the above-referenced matter.

The parties are in the process of settling this matter and require additional time to finalize the terms and details of the agreement. We respectfully request (30) days to submit the settlement agreement for fairness review under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015).

We thank this Court for its consideration on this matter.

Respectfully Submitted,

_/s/Stephen Hans_
Stephen D. Hans (SH-0798)
30-30 Northern Boulevard
Suite# 401
Long Island City, NY 11101
Tel: 718-275-6700