**STEPHEN D. HANS & ASSOCIATES, P.C.**
LABOR & EMPLOYMENT COUNSEL FOR OVER 40 YEARS

30-30 Northern Blvd, Suite 401
Long Island City, NY 11101

T: 718.275.6700 • F: 718.275.6704

June 16, 2025

<u>**VIA: ECF**</u>
Hon. Sarah L. Cave, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
Room 1670
New York, NY 10007

> Defendant's deadline to file a motion for settlement approval pursuant to <u>Cheeks v. Freeport Pancake House</u>, 796 F.3d 199 (2d Cir. 2015) is EXTENDED to **Monday, June 23, 2025.** No further extensions will be granted.
>
> The Clerk of Court is respectfully directed to close ECF No. 34.
>
> SO ORDERED   6/17/25
>
> *(signature)* SARAH L. CAVE
> United States Magistrate Judge

Re:   **De Los Santos Martinez v. 11 Kitchen Inc. et al**
      **Case No.  24-cv-02851-SLC**

Dear Judge Cave;

   I represent the Defendant in the above matter. We were required to file the settlement agreement today. It has been executed by both parties. However, my client lives outside the United States, and he is having difficulty finding a notary for the Confession of Judgment.

   Both sides agree that with the Court's permission, we would like this matter put over to allow my client to find a notary in his country of residence who can notarize the Confession of Judgment.

   We thank this Court for its consideration on this matter.

                              Respectfully Submitted,

                               /s/Stephen Hans
                              Stephen D. Hans (SH-0798)
                              30-30 Northern Boulevard, Suite 401
                              Long Island City, NY 11101
                              Tel: 718-275-6700

www.hansassociates.com